UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>                Plaintiff,<br><br>   v.<br><br>CHERYL STRANGE et al.,<br><br>                Defendant. | CASE NO. 3:22-cv-06015-JNW-BAT<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT MARY RUSSELL'S FAILURE TO FILE AN ANSWER** |

      **Defendant Mary Russell** filed a waiver of the service of summons and was therefore required to file an answer or a motion under Federal Rule of Civil Procedure 12 by April 14, 2023. Dkt. 23; Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). To date, Ms. Russell has filed neither an answer nor a Rule 12 motion. The Court therefore orders Ms. Russell to show cause why default judgment should not be entered against her by **April 27, 2023**. Ms. Russell may adequately satisfy the order to show cause by filing an answer or a Rule 12 motion by that date.

      DATED this 20th day of April, 2023.

                                                            BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge