UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>                   Plaintiff,<br><br>  v.<br><br>CHERYL STRANGE et al.,<br><br>                  Defendants. | CASE NO. 3:22-cv-06015-JNW-BAT<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Plaintiff moves for a 60-day extension of the pretrial deadlines based on the amount of discovery anticipated and the number of defendants. Dkt. 35. Defendants do not oppose the 60-day extension of time, but defendant Ms. Russell suggests that a 6-month extension would be more appropriate for the reasons stated by plaintiff. Dkt. 36.

It appears the parties agree an extension is necessary because discovery is extensive and cannot be completed within the current deadline but may disagree about exact the amount of time needed. In balancing the parties' various positions, the Court **GRANTS** plaintiff's motion for an extension of time, Dkt. 35, and sets the following pretrial deadlines:

- Last day to serve discovery: **September 25, 2023**
- Discovery deadline: **October 27, 2023**
- Dispositive motions deadline: **November 28, 2023**

ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 1

Should the parties determine that a further extension of the pretrial deadlines is necessary, they should confer and either proffer agreed, modified pretrial deadlines or move for an extension of the pretrial deadlines by **September 11, 2023**.

DATED this 7th day of July, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge