UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EDWARD CLAYTON,

    Plaintiff,

v.

CHERYL STRANGE et al.,

    Defendants.

CASE NO. 3:22-cv-06015-JNW-BAT

**SECOND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Plaintiff moves for a second extension of the pretrial deadlines based on an upcoming surgery, the loss of certain files, and an agreement with defendants. **Dkt. 39**. Defendants have not signed a stipulated motion but have not voiced any opposition.

The Court **GRANTS** plaintiff's unopposed motion for a second extension of time, Dkt. 39, and sets the following pretrial deadlines:

- Last day to serve discovery: **January 15, 2024**
- Discovery deadline: **February 15, 2024**
- Dispositive motions deadline: **March 14, 2024**

SECOND ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 1

DATED this 19th day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

SECOND ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 2