UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL STRANGE et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:22-cv-06015-JNW-BAT<br><br>**THIRD ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Plaintiff moves for a third extension of the pretrial deadlines based continuing vision problems, another upcoming surgery, and voluminous discovery materials. **Dkt. 42**. Defendants do not oppose plaintiff's motion and state that discovery is taking longer than expected to produce and there remain numerous issues to resolve. Dkt. 44.

The Court **GRANTS** plaintiff's unopposed motion for a third extension of time, Dkt. 42, and sets the following pretrial deadlines:

- Last day to serve discovery: **July 15, 2024**
- Discovery deadline: **August 15, 2024**
- Dispositive motions deadline: **September 12, 2024**

THIRD ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 1

DATED this 16th day of January, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

THIRD ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 2