UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EDWARD CLAYTON,

                Plaintiff,

    v.

CHERYL STRANGE et al.,

                Defendants.

CASE NO. 3:22-cv-06015-JNW-BAT

**FOURTH ORDER MODIFYING
PRETRIAL SCHEDULING ORDER**

Plaintiff moves for a fourth extension of the pretrial deadlines based on severe medical issues, including a recent heart attack. **Dkt. 49**. Defendants do not oppose plaintiff's motion. *See* Dkt. 50.

The Court **GRANTS** plaintiff's unopposed motion for a fourth extension of time, Dkt. 49, and sets the following pretrial deadlines:

- Last day to serve discovery: **November 11, 2024**
- Discovery deadline: **December 12, 2024**
- Dispositive motions deadline: **January 9, 2025**

FOURTH ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 1

DATED this 25th day of June, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

FOURTH ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 2