UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>   Plaintiff,<br><br>   v.<br><br>CHERYL STRANGE et al.,<br><br>   Defendants. | CASE NO. 3:22-cv-06015-JNW-BAT<br><br>**ORDER STRIKING PLAINTIFF'S DISCOVERY MOTION AS PREMATURELY FILED** |

Plaintiff moves for an order precluding defendants from giving reasons for having not answered within 30 days interrogatories propounded in July 2023 and for sanctions. **Dkt. 52**. The Court **STRIKES** plaintiff's motion as prematurely filed. Plaintiff sought and received four lengthy extensions of the discovery deadlines on the basis of voluminous discovery materials and ongoing health problems that have rendered him unable to review or respond adequately to discovery material. Dkts. 37, 41, 45, 51. Plaintiff cannot yet show speculative prejudice arising from interrogatory responses not received long before the discovery deadline while simultaneously asserting that he has been unable to review materials and seek discovery himself.

1   DATED this 27th day of June, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
DISCOVERY MOTION AS PREMATURELY
FILED - 2