UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL STRANGE et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:22-cv-06015-JNW-BAT<br><br>**FIFTH ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Plaintiff moves for a fifth extension of the pretrial deadlines because the parties continue to collaborate on voluminous discovery materials. **Dkt. 56**. Defendants do not oppose plaintiff's motion. *See* Dkt. 57.[1]

The Court **GRANTS** plaintiff's unopposed motion for a fifth extension of time, Dkt. 56, and sets the following pretrial deadlines:

- Last day to serve discovery: **April 11, 2025**
- Discovery deadline: **May 12, 2025**
- Dispositive motions deadline: **June 11, 2025**

---

[1] All defendants save Mary Russell have responded. Dkt. 57, at 1 n.1. Plaintiff has averred that he plans to request that Ms. Russell be dismissed as a defendant from the case. Dkt. 43, at 2.

FIFTH ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 1

1  DATED this 22th day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

FIFTH ORDER MODIFYING PRETRIAL
SCHEDULING ORDER - 2