|   | HONORABLE JUDGE JAMAL N. WHITEHEAD |
|---|---|
|   | MAGISTRATE JUDGE BRIAN A. TSUCHIDA |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| JAMES EDWARD CLAYTON, | NO. 3:22-cv-06015-JNW-BAT |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| CHERYL STRANGE, et al., | |
| Defendants. | |

THIS MATTER having come regularly before the Court on Defendants' <u>unopposed</u> Motion for Extension, the Court having reviewed the memoranda, declarations and other evidence submitted by the parties and being otherwise fully advised does hereby find and **ORDER**:

1. Defendants' Motion for Extension is **GRANTED**;

2. The Court concludes that there is good cause for extending deadlines for the reasons outlined in Defendants' motion and sets the following pretrial deadlines:

- The last day to serve discovery: October 8, 2025
- Discovery deadline: November 7, 2025
- Dispositive motions deadline: December 8, 2025

///

///

///

1 | / / /

2 |     3.    The Clerk is directed to send uncertified copies of this Order to Plaintiff and to

3 | counsel for Defendants.

4 |     DATED this 25th day of March, 2025.

 

                        BRIAN A. TSUCHIDA
                        United States Magistrate Judge

Submitted by:

NICHOLAS W. BROWN
Attorney General

s/ Katherine J. Faber
KATHERINE J. FABER, WSBA #49726
Assistant Attorney General
Katie.Faber@atg.wa.gov