HONORABLE JUDGE JAMAL N. WHITEHEAD
MAGISTRATE JUDGE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES EDWARD CLAYTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CHERYL STRANGE, et al.,<br><br>  Defendants. | NO. 3:22-cv-06015-JNW-BAT<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY SCHEDULING ORDER |

THIS MATTER having come regularly before the Court on Defendants' unopposed Second Motion for Extension, the Court having reviewed the memoranda, declarations and other evidence submitted by the parties and being otherwise fully advised does hereby find and **ORDER**:

1. Defendants' Second Motion for Extension is **GRANTED**;

2. The Court concludes that there is good cause for extending deadlines for the reasons outlined in Defendants' motion and sets the following pretrial deadlines:

- The last day to serve discovery: March 6, 2026
- Discovery deadline: April 6, 2026
- Dispositive motions deadline: May 7, 2026

///

///

///

3. The Clerk is directed to send uncertified copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 3rd day of October, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Submitted by:

NICHOLAS W. BROWN
Attorney General

s/ Katherine J. Faber
KATHERINE J. FABER, WSBA #49726
Assistant Attorney General
Katie.Faber@atg.wa.gov