UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EDWARD CLAYTON,

                    Plaintiff,

     v.

CHERYL STRANGE, et al.,

                    Defendants.

CASE NO. 3:22-cv-06015-JNW-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (DKT. 66)**

Plaintiff moves to compel defendants' counsel Katherine Faber[1] to meet and confer with him one to two hours per week regarding discovery issues or, in the alternative, to dispense with the requirements for the parties to meet and confer before filing motions to compel. **Dkt. 66**. In response, Ms. Farber indicates that she is willing to meet and confer with plaintiff one or more hours per week to discuss discovery, there is no impasse that cannot be worked through, and plaintiff's incarcerated status and scheduling difficulties have complicated communications. Dkts. 67, 68. Ms. Farber also notes that in addition to setting up weekly phone calls via the virtual hearings booth at the facility, she will also seek to exchange letters to increase the amount of information exchange between the parties, including matters beyond discovery. Dkts. 67, 68.

---

[1] Ms. Farber does not represent defendant Mary Russell, who is represented by separate counsel and does not appear to be subject to plaintiff's motion.

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL (DKT. 66) - 1

The Court finds that defendants' counsel has stated both a willingness to meet and confer with plaintiff regarding discovery and has set forth concrete ways such communication can be facilitated. The Court therefore **DENIES** plaintiff's motion to compel weekly meet and confer meetings or, in the alternative, to dispense with the meet and confer requirement. Dkt. 66.

DATED this 5th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL (DKT. 66) - 2